# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MAKHMUDKHON ISLOMKHONOV,   :    CIVIL ACTION NO. 1:26-CV-760
                                           :

           Petitioner          :    **(Judge Neary)**

v.                                            :

CRAIG LOWE, *et al.*,              :

         Respondents     :

## <u>ORDER</u>

AND NOW, this 25th day of March, 2026, upon consideration of the petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 (Doc. 1), it is hereby ORDERED that:

1. The Clerk of Court is directed to SERVE a copy of the petition (Doc. 1) and this order on respondents and the United States Attorney. All documents filed by the parties and by the court shall be served upon the United States Attorney.

2. Respondents shall file, within twenty-one (21) days from the date of this order, a response to the petition.

3. A memorandum of law shall accompany the response.

4. Petitioner shall, if he so desires, file a traverse to the respondent's filing within fourteen (14) days of respondent's filing.

/S/ KELI M. NEARY
Keli M. Neary
United States District Judge
Middle District of Pennsylvania